Submitted on briefs October 27, 1982, petition for review allowed, decision of Court of Appeals reversed July 26, 1983

STATE OF OREGON,
*Respondent on Review,*

*v.*

LORRA C. SMITH,
*Petitioner on Review.*

(TC C81-11-35749; CA A23718; SC 28978)

667 P2d 528

Virginia L. Linder, Assistant Attorney General, Salem, submitted a brief in the Court of Appeals for Respondent on Review. With her on the brief were Dave Frohnmayer, Attorney General and William F. Gary, Solicitor General.

James S. Coon, Portland, submitted briefs for Petitioner on Review. With him on the briefs was Allan D. Sobel of Sobel & Coon, Portland.

PER CURIAM

Jones, J., filed a dissenting opinion.

.

## PER CURIAM

Petition for review is allowed. The decision of the Court of Appeals is reversed. *State v. Freeland,* 295 Or 367, 667 P2d 509 (1983).

**JONES, J.,** dissenting.

I respectfully dissent for the same reasons set out in my dissent in *State v. Freeland,* 295 Or 367, 667 P2d 509 (1983).